FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 19 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HIP CHIC, LLC, doing business as )<br>Hip Chic, et al., )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br><br>No. 1:09-cv-3304-TCB |

## ORDER

Before the Court is Plaintiff's motion to dismiss without prejudice [8]. In the motion, Plaintiff asserts that the parties have settled the disputes underlying this action. The Court hereby GRANTS the motion. This action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED this 19th day of May, 2010.

_____
Timothy C. Batten, Sr.
United States District Judge